UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                              Case No. 09-CV-20309
                                  HON. GEORGE CARAM STEEH

BRENDA STEPHENSON,

        Defendant.

_____/

## ORDER GRANTING GOVERNMENT'S ORAL MOTION TO ADMIT RULE 404(b) EVIDENCE

For the reasons and conditions set forth on the record on February 3, 2010, outside the presence of the jury,

The Government's oral motion to admit as Rule 404(b) prior act evidence of wilful intent that defendant Brenda Stevenson committed a similar assault on a male detainee between July 2007 and September 2007, as witnessed by Highland Park Officer Todd Ricci, is hereby GRANTED, and an appropriate instruction will be given to the jury.

SO ORDERED.

Dated: February 4, 2010

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 4, 2010, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk